*IN THE UNITED STATES DISTRICT COURT*
*EASTERN DISTRICT OF ARKANSAS*
*WESTERN DIVISION*

UNITED STATES OF AMERICA

V.                                NO. 4:02CR00221-002 SWW

TONY LEE PEMBERTON

## ORDER

Pending before the Court is defendant's pro se motion for early termination of supervised release previously imposed. The government objects to the early termination of supervised release, and the memorandum prepared by the U. S. Probation Officer states that based on the criteria used by the U. S. Probation Office to assess individuals requesting early termination, the defendant is not eligible at this time. The Court has considered the defendant's motion, government's response and U. S. Probation Officer's memorandum and finds that defendant's motion should be denied because of his history of substance abuse, prior criminal history and age.

IT IS THEREFORE ORDERED that defendant's motion for early termination of supervised release [doc #167] previously imposed be, and it is hereby, **DENIED**.

Dated this 29th day of September 2011.

/s/Susan Webber Wright
United States District Judge